**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 14-10746-TPA |
| | : | |
| **Robert Scott Davis and** | : | CHAPTER 13 |
| **Debi Anne Davis,** | : | |
|     Debtors, | : | |
| | : | DOCKET NO.: |
| | : | |
| **Robert Scott Davis and** | : | |
| **Debi Anne Davis,** | : | |
|     Movants, | : | |
| | : | |
| V | : | |
| | : | |
| **The Bank of New York Mellon f/k/a** | : | |
| **The Bank of New York as Trustee for** | : | |
| **Nationstar Home Equity Loan Trust** | : | |
| **2007-B and** | : | |
| **Ronda J Winnecour, Esquire** | : | |
|     Chapter 13 Trustee, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

    I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Objection to Mortgage Payment Change and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: July 3, 2017

                                                                     Respectfully submitted,
                                                                    /s/ Clarissa Bayhurst
                                                                    Clarissa Bayhurst
                                                                    Head Paralegal
                                                                    Foster Law Offices
                                                                    PO Box 966
                                                                    Meadville, PA 16335
                                                                   Tel: (814) 724-1165
                                                                   Fax: (814) 724-1158

MAILING MATRIX

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Robert Scott Davis
Debi Anne Davis
17347 Mullen Road
Meadville PA 16335

Robertson Anschutz & Schneid PL
c/o Meridyth Wasserman
6409 Congress Avenue, Suite 100
Boca Raton FL 33487