FILED
8/4/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 14-10746-TPA |
| | : | |
| **Robert Scott Davis and** | : | CHAPTER 13 |
| **Debi Anne Davis,** | : | |
| Debtors, | : | |
| | : | DOCKET NO.: 73 |
| | : | |
| **Robert Scott Davis and** | : | |
| **Debi Anne Davis,** | : | |
| Movants, | : | |
| | : | |
| V | : | |
| | : | |
| **The Bank of New York Mellon f/k/a** | : | |
| **The Bank of New York as Trustee for** | : | |
| **Nationstar Home Equity Loan Trust** | : | |
| **2007-B and** | : | |
| **Ronda J Winnecour, Esquire** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**ORDER REGARDING DEBTORS' MOTION TO WITHDRAW DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B AT CLAIM NUMBER 8**

**AND NOW**, this ___4th___ day of _____August_____, 2017 upon consideration of the Debtor's Motion to Withdraw the DEBTOR'S OBJECTION TO MORTGAGE PAYMENT CHANGE OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B AT CLAIM NUMBER 8, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1.) The Objection filed at docket number 73 is withdrawn. The hearing previously scheduled for September 13, 2017 is *CANCELLED*.

_____ vas
**Thomas P. Agresti**, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Scott Davis  
Debi Anne Davis  
    Debtors

Case No. 14-10746-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: lfin        Page 1 of 1        Date Rcvd: Aug 04, 2017  
                      Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.  
db/jdb       +Robert Scott Davis,   Debi Anne Davis,   17347 Mullen Road,   Meadville, PA 16335-6233  
13920735     +Bank of New York Mellon,   C/O Weinstein, Pinson, & Riley, P.S.,  
     2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel P. Foster   on behalf of Plaintiff Robert Scott Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster   on behalf of Debtor Robert Scott Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster   on behalf of Joint Debtor Debi Anne Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster   on behalf of Plaintiff Debi Anne Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B bkgroup@kmllawgroup.com  
        Mary L. Thibadeau   on behalf of Creditor   Nationstar Mortgage, LLC. mary.thibadeau@klgates.com, klgatesbankruptcy@klgates.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                   TOTAL: 9