# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-10746-TPA |
| | : | |
| **Robert Scott Davis and** | : | CHAPTER 13 |
| **Debi Anne Davis,** | : | |
|         Debtors, | : | |
| _____ | : | DOCKET NO.: |
| **Robert Scott Davis and** | : | |
| **Debi Anne Davis,** | : | |
|         Movants, | : | |
| | : | |
|         vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|         Chapter 13 Trustee, | : | |
|         Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the Order and Amended Chapter 13 Plan, on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>August 24, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Bank of New York Mellon
C/O Weinstein, Pinson, & Riley, P.S.
2001 Western Avenue, Ste. 400
Seattle, WA 98121-3132

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

CitiFinancial Servicing LLC
P.O. Box 70919
Charlotte, NC 28272-0919

Crawford County Care Center
20881 Highway 198
Saegertown, PA 16433-6199

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

First Premier Bank
601 South Minnesota Avenue
Sioux Falls, SD 57104-4868

GE Capital Retail Bank / Old Navy
Attn: Bankruptcy
Po Box 130104
Roswell, GA 30076

Kohls / Capone
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Midland Funding LLC
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Barclays Bank Delaware
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

Ccs / Cortrust Bank
500 East 60th Street North
Sioux Falls, SD 57104-0478

(p)CITIFINANCIAL
BANKRUPTCY FORECLOSURE UNIT
1000 TECHNOLOGY DRIVE
OFALLON MO 63368-2239

Debi Anne Davis
17347 Mullen Road
Meadville, PA 16335-6233

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Andrew F Gornall
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns
assignee of Arrow Financial Services,
LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comenity Bank / Peebles
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218-2686

Robert Scott Davis
17347 Mullen Road
Meadville, PA 16335-6233

Domestication
Po Box 337003
Northglenn, CO 80233

GE Capital Retail Bank / JCPenney
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

RBS Citizens Cc
Attn: Bankruptcy Department
443 Jefferson Boulevard
Ms: Rjw-135
Warwick, RI 02886-1321

Sears / Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Syncb / TJ Maxx
Po Box 965005
Orlando, FL 32896-5005

Td Bank Usa / Target Credit
Po Box 673
Minneapolis, MN 55440-0673

Mary L. Thibadeau
K&L Gates, LLP.
210 Sixth Avenue
Pittsburgh, PA 15222-2613

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Washington Mutual Bank
1301 2nd Avenue
Seattle, WA 98101-3800

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702