**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Robert Scott Davis, AND, | : | Bankruptcy No: 14-10746-TPA |
| Debi Anne Davis, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Washington Mutual Bank, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Washington Mutual Bank**
**Incorrect Address:**  **1301 2nd Avenue, Seattle, WA 98101-3800**
**Correct Address:**    **P.O. Box 91150, Seattle, WA 98111-9250**

Respectfully Submitted,

Date: September 15, 2017

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors