**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 14-10746-TPA |
| **Robert Scott Davis AND** | : | |
| **Debi Anne Davis,** | : | CHAPTER 13 |
| Debtors. | : | |
| | : | RELATED TO DOCKET NO. 94 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | HEARING DATE & TIME: |
| | : | **NOVEMBER 14, 2018 AT 11:00 A.M.** |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR INTERIM COMPENSATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **October 29, 2018,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **NOVEMBER 14, 2018 AT 11:00 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>October 12, 2018</u>  Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:[dan@mrdebtbuster.com](mailto:dan@mrdebtbuster.com)
Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR INTERIM COMPENSATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **October 12, 2018**　　　　　　　　　　　By: */s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　　　　KATHRYN M. SCHWARTZ, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

　　　　　　　　　　　　　　　　　　　　MATRIX

Robert & Debi Davis
17347 Mullen Road
Meadville, PA 16335

Ronda J. Winnecour, Trustee
*Service via CM/ECF*

Office of the United States Trustee
*Service via CM/ECF*