IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Robert Scott Davis ) | Case No.: 14-10746TPA |
| Debi Anne Davis ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 3 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| LVNV Funding, LLC its successors and ) | |
| assigns as assignee of Arrow Financial ) | |
| Services, LLC ) | |
|     Respondent(s) ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 109 upon the following, by regular United States mail, postage prepaid:

Resurgent Capital Services
Attn: Susan Gaines
PO Box 10587
Greenville, SC  29603-0587

Resurgent Capital Services
55 Beattie Pl #110
Greenville, SC  29601

| | |
|---|---|
| 6-19-2019 | /s/Renee Ward |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |