IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Robert Scott Davis ) | Case No.: 14-10746TPA |
| Debi Anne Davis ) | Chapter 13 |
|     Debtor(s) ) | |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 2 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Quantum3 Group LLC as agent for ) | |
| Galaxy Asset Purchasing LLC ) | |
|     Respondent(s) ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 108 upon the following, by regular United States mail, postage prepaid:

Quantum3 Group LLC as agent for
Galaxy Asset Purchasing LLC
Attn: Dharminder S. Sandhu
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC
12006 98th Ave NE #200
Kirkland, WA  98034

| | |
|---|---|
| 6-19-2019 | /s/Renee Ward |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |