Case 14-10746-TPA    Doc 113    Filed 06/20/19    Entered 06/21/19 00:53:53    Desc
Imaged Certificate of Notice    Page 1 of 2

FILED
6/18/19 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Robert Scott Davis )<br>Debi Anne Davis )<br>    Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>    Movant, )<br>      Vs. )<br>LVNV Funding, LLC its successors and )<br>assigns as assignee of Arrow Financial )<br>Services, LLC )<br>    Respondent(s) ) | Case No.: 14-10746TPA<br>Chapter 13<br><br>Related to Claim No. 3<br><br>Related to Document No. 104 |

## ORDER OF COURT

AND NOW, this ___18th___ day of _____June_____, 2019, upon consideration of the Trustee's Objection to Claim No. 3 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 3 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____ vas
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert Scott Davis  
Debi Anne Davis  
    Debtors

Case No. 14-10746-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lfin      Page 1 of 1      Date Rcvd: Jun 18, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db/jdb       +Robert Scott Davis,   Debi Anne Davis,   17347 Mullen Road,   Meadville, PA 16335-6233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B andygornall@latouflawfirm.com  
       Daniel P. Foster    on behalf of Plaintiff Robert Scott Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Debtor Robert Scott Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Joint Debtor Debi Anne Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       Daniel P. Foster    on behalf of Plaintiff Debi Anne Davis dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
       James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B bkgroup@kmllawgroup.com  
       Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage, LLC. mary.thibadeau@klgates.com, klgatesbankruptcy@klgates.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Sindi Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B smncina@rascrane.com  
                                                                                                                  TOTAL: 10