FILED
7/1/19 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　ROBERT SCOTT DAVIS<br>DEBI ANNE DAVIS<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>ROBERT SCOTT DAVIS<br>DEBI ANNE DAVIS<br><br>　　　Respondents | Case No.14-10746TPA<br><br>Chapter 13<br><br>Document No.　114　 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___1st___ day of ___July___, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
2 Gateway Center Ste 1270
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of DEBI ANNE DAVIS, social security number XXX-XX-5287. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBI ANNE DAVIS.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_[signature]_
jlm
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert Scott Davis
Debi Anne Davis
    Debtors

Case No. 14-10746-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jul 01, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.
db/jdb        +Robert Scott Davis,   Debi Anne Davis,   17347 Mullen Road,   Meadville, PA 16335-6233

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:
       Andrew F Gornall     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B andygornall@latouflawfirm.com
       Daniel P. Foster     on behalf of Plaintiff Robert Scott Davis dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster     on behalf of Debtor Robert Scott Davis dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster     on behalf of Joint Debtor Debi Anne Davis dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster     on behalf of Plaintiff Debi Anne Davis dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
        AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B bkgroup@kmllawgroup.com
       Mary L. Thibadeau     on behalf of Creditor    Nationstar Mortgage, LLC. mary.thibadeau@klgates.com,
        klgatesbankruptcy@klgates.com
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
       Sindi Mncina     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
        TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B smncina@rascrane.com
                                                                                                    TOTAL: 10