Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Robert Scott Davis** : | Case No. 14−10746−TPA |
| **Debi Anne Davis** : | Chapter: 13 |
| **aka Debi A Woodel** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 121 |
| : | |
| v. : | Hearing Date: 10/23/19 at 12:00 PM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of August, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 121 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before October 11, 2019*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *October 23, 2019 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-10746-TPA
Robert Scott Davis                                                    Chapter 13
Debi Anne Davis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: vson                 Page 1 of 2              Date Rcvd: Aug 28, 2019
                               Form ID: 300b              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db/jdb         +Robert Scott Davis,    Debi Anne Davis,    17347 Mullen Road,    Meadville, PA 16335-6233
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 619096,
                Dallas, TX 75261-9741)
13879333      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,     PO Box 982236,    El Paso, TX 79998)
13920735       +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13879334       +Barclays Bank Delaware,    Attn: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
13879337      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Childrens Place/Citicorp Credit Services,
                Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
13879338      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13931752        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13879336       +Ccs / Cortrust Bank,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
13938098        CitiFinancial Servicing LLC,    P.O. Box 70919,    Charlotte, NC 28272-0919
13879340       +Crawford County Care Center,    20881 Highway 198,    Saegertown, PA 16433-6199
13879343       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13879346       +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13879352       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Boulevard,    Ms: Rjw-135,
                 Warwick, RI 02886-1321
13879353       +Sears / Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13879355       +Td Bank Usa / Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
13879356        Washington Mutual Bank,    P.O. Box 91150,    Seattle, WA 98111-9250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13879332        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 29 2019 02:57:13     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13879335       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:54:39      Capital One Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13879339       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2019 02:56:17      Comenity Bank / Peebles,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13879341        E-mail/Text: mrdiscen@discover.com Aug 29 2019 02:55:55     Discover Financial Services Llc,
                 Po Box15316,    Wilmington, DE 19850
13893423        E-mail/Text: mrdiscen@discover.com Aug 29 2019 02:55:55     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13879342        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2019 02:56:17      Domestication,
                 Po Box 337003,    Northglenn, CO 80233
13879344       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:34     GE Capital Retail Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13879345        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:34     GE Capital Retail Bank / Old Navy,
                 Attn: Bankruptcy,    Po Box 130104,    Roswell, GA 30076
13879347       +E-mail/Text: bncnotices@becket-lee.com Aug 29 2019 02:56:03     Kohls / Capone,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
13901670        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:54:22
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13879348       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:54:51      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13879349       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2019 02:56:54     Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13879351       +E-mail/Text: bankruptcynotices@psecu.com Aug 29 2019 02:57:35     P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13943745        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 02:54:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13900259        E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2019 02:56:26
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
13879354       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2019 02:54:36     Syncb / TJ Maxx,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC et al.
cr             THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO

```
District/off: 0315-1            User: vson              Page 2 of 2              Date Rcvd: Aug 28, 2019
                                Form ID: 300b           Total Noticed: 33

13879350*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
                   Lewisville, TX 75067)
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Joint Debtor Debi Anne Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Debi Anne Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Robert Scott Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Robert Scott Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC et al. pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B pabk@logs.com
              Mary L. Thibadeau    on behalf of Creditor    Nationstar Mortgage, LLC. mary.thibadeau@klgates.com,
               klgatesbankruptcy@klgates.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi   Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B smncina@rascrane.com
                                                                                             TOTAL: 12
```