**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Robert Scott Davis and | : | Bankruptcy No: 14-10746-TPA |
| Debi Anne Davis, | : | |
| *Debtors* | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Washington Mutual Bank, | : | |
| *Movant* | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     **Washington Mutual Bank**
**Incorrect Address:**  **P.O. Box 91150, Seattle WA 98111-9250**
**Correct Address:**    **1201 3rd Avenue, Seattle WA 98101**

                                                            Respectfully Submitted,

Date: September 17, 2019                                    /s/Daniel P. Foster, Esquire
                                                            Daniel P. Foster, Esquire
                                                            PA I.D. #92376
                                                            FOSTER LAW OFFICES
                                                            PO Box 966
                                                            Meadville, PA 16335
                                                            Tel: 814.724.1165
                                                            Fax: 814.724.1158
                                                            Dan@MrDebtBuster.com
                                                            Attorney for Debtors