**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/17/19 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT SCOTT DAVIS
DEBI ANNE DAVIS
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:14-10746 TPA

Chapter 13

Document No.: 121

ORDER OF COURT

AND NOW, this \_\_\_17th\_\_\_ day of \_\_\_October\_\_\_, 2019, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                         Case No. 14-10746-TPA
Robert Scott Davis                                             Chapter 13
Debi Anne Davis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: lfin              Page 1 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: pdf900         Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
```
db/jdb         +Robert Scott Davis,    Debi Anne Davis,    17347 Mullen Road,    Meadville, PA 16335-6233
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 619096,
                 Dallas, TX 75261-9741)
13879333      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    PO Box 982236,    El Paso, TX 79998)
13920735       +Bank of New York Mellon,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13879334       +Barclays Bank Delaware,    Attn: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
13879337      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Childrens Place/Citicorp Credit Services,
                 Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195)
13879338      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
               (address filed with court:   Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202)
13931752       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13879336       +Ccs / Cortrust Bank,    500 East 60th Street North,    Sioux Falls, SD 57104-0478
13938098       CitiFinancial Servicing LLC,    P.O. Box 70919,    Charlotte, NC 28272-0919
13879340       +Crawford County Care Center,    20881 Highway 198,    Saegertown, PA 16433-6199
13879343       +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13879346       +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13879352       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Boulevard,    Ms: Rjw-135,
                 Warwick, RI 02886-1321
13879353       +Sears / Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13879355       +Td Bank Usa / Target Credit,    Po Box 673,    Minneapolis, MN 55440-0673
13879356       +Washington Mutual Bank,    1201 3rd Avenue,    Seattle WA 98101-3029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13879332        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 18 2019 03:22:52     American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
13879335       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2019 03:28:29     Capital One Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13879339       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2019 03:22:26     Comenity Bank / Peebles,
                 Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13879341        E-mail/Text: mrdiscen@discover.com Oct 18 2019 03:22:16     Discover Financial Services Llc,
                 Po Box15316,    Wilmington, DE 19850
13893423        E-mail/Text: mrdiscen@discover.com Oct 18 2019 03:22:16     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13879342        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2019 03:22:26     Domestication,
                 Po Box 337003,    Northglenn, CO 80233
13879344       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 03:29:07     GE Capital Retail Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13879345        E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 03:29:07     GE Capital Retail Bank / Old Navy,
                 Attn: Bankruptcy,    Po Box 130104,    Roswell, GA 30076
13879347       +E-mail/Text: bncnotices@becket-lee.com Oct 18 2019 03:22:18     Kohls / Capone,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
13901670        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2019 03:28:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13879348       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2019 03:27:56     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13879349       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2019 03:22:45     Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13879351       +E-mail/Text: bankruptcynotices@psecu.com Oct 18 2019 03:23:02     P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13943745        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 03:28:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13900259        E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2019 03:22:30
                 Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13879354       +E-mail/PDF: gecsedi@recoverycorp.com Oct 18 2019 03:28:24     Syncb / TJ Maxx,   Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC et al.
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
```

```
District/off: 0315-1          User: lfin            Page 2 of 2              Date Rcvd: Oct 17, 2019
                              Form ID: pdf900      Total Noticed: 33

13879350*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Drive,
                   Lewisville, TX 75067)
                                                                                        TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Joint Debtor Debi Anne Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Debi Anne Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Robert Scott Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Robert Scott Davis dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC et al. pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B pabk@logs.com
              Mary L. Thibadeau     on behalf of Creditor    Nationstar Mortgage, LLC. mary.thibadeau@klgates.com,
               klgatesbankruptcy@klgates.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sindi Mncina     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2007-B smncina@rascrane.com
                                                                                             TOTAL: 12
```